```
DANIEL F. FEARS, State Bar No. 110573
JAMES R. MOSS JR., State Bar No. 196725
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
dff@paynefears.com
jrm@paynefears.com

Attorneys for Defendant
THE BOEING COMPANY
```

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOLLY JILL ST. JOHN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY and McDONNELL DOUGLAS TECHNICAL SERVICES COMPANY,<br><br>　　　　Defendants. | CASE NO. CIV F-01-05354 AWI SMS<br><br>**STIPULATION TO CONTINUE EXPERT/DAMAGES DISCOVERY DEADLINE**<br><br>**ORDER** |

　　　　The parties to this action, plaintiff HOLLY JILL ST. JOHN ("St. John") and defendant THE BOEING COMPANY ("Boeing"), hereby stipulate as follows:

　　　　1.　　Pursuant to the Court's revision to the Scheduling Order of November 28, 2001, the Court has ordered both parties to complete discovery regarding experts and damages by February 2, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties have agreed on a prior occasion to move the deadlines for the disclosure of expert witnesses and for the supplemental expert disclosure.

3. The parties have recently initiated possible settlement discussions, and wish to pursue that possibility before incurring the additional time and expense of continuing expert witness and damages discovery, including pending discovery disputes.

4. Therefore, the parties hereby agree that the deadline for the completion of expert and damages discovery is continued from February 2, 2003 to **March 2, 2007** (not 2006).

DATED: February 2, 2007          PAYNE & FEARS LLP
                                 DANIEL F. FEARS
                                 JAMES R. MOSS JR.

                                 By:_____/s/ James R. Moss, Jr.
                                       JAMES R. MOSS JR.

                                 Attorneys for Defendant
                                 THE BOEING COMPANY

DATED: February 2, 2007          MINAMI TAMAKI LLP

                                 By:_____/s/ John Ota
                                       JOHN OTA

                                 Attorneys for Plaintiff
                                 HOLLY JILL ST. JOHN

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

1
2          IT IS SO ORDERED
3  DATED:  2/2/2007            By:  /s/ Sandra M. Snyder
                                The Honorable Sandra M. Snyder
4                               UNITED STATES MAGISTRATE JUDGE
5
6
7  .1
8

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100