1
2
3
4  BRAD YAMAUCHI, SBN 73245
   JOHN OTA, SBN 195532
5  MINAMI TAMAKI LLP
   360 Post Street, 8th Floor
6  San Francisco, CA 94108
7  Tel. (415) 788-9000
   Fax (415) 398-3887
8
   Attorneys for Plaintiff
9  HOLLY JILL ST. JOHN
10
11                      IN THE UNITED STATES DISTRICT COURT
12
                       FOR THE EASTERN DISTRICT OF CALIFORNIA
13
                                    FRESNO DIVISION
14

15 |                                    ) Case No.  CIV F-01-5354 AWI SMS
16 | HOLLY JILL ST. JOHN,                )
17 |                                    ) **STIPULATION OF DISMISSAL WITH**
   |                        Plaintiff,   ) **PREJUDICE AND ORDER**
18 |                                    )
19 |         vs.                         ) **FRCP Rule 41(a)(1)**
   |                                    )
20 | THE BOEING COMPANY and              )
   | MCDONNELL DOUGLAS TECHNICAL         )
21 | SERVICES COMPANY,                   )
22 |                        Defendants.   )
23 |                                    )
24

25    Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED by
26 and between the parties to this action through their designated counsel that the above-captioned
27 action be and hereby is dismissed with prejudice pursuant to their settlement.
28

= 1 "" "- 1 -" - 3 -
STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: May 16, 2007 | | Respectfully submitted, |
| | | MINAMI TAMAKI LLP |
| | By: | /s/ John Ota |
| | | Brad Yamauchi |
| | | John Ota |
| | | Attorneys for Plaintiff |
| | | PAYNE & FEARS LLP |
| | By: | /s/ Jeffery K. Brown (as authorized on 5/17/07) |
| | | Daniel F. Fears |
| | | Jeffery K. Brown |
| | | Attorneys for Defendants |

### ORDER

Pursuant to settlement and stipulation, Holly Jill St. John v. Boeing, et al. is dismissed with prejudice.  The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:    May 18, 2007**                              **/s/ Anthony W. Ishii**
                                                                      UNITED STATES DISTRICT JUDGE